UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

*Merissa Collins v. Bayer Corporation, et al.*   No. 12-cv-11271-DRH

*Jean Hunt v. Bayer Corporation, et al.*   No. 12-cv-11534-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 11, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

**Dated:** April 14, 2014

Digitally signed by David R. Herndon
Date: 2014.04.14 12:12:45 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT